STATE v. MORRISON

No. 380P89

Case below: 94 N.C.App. 517

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 9 November 1989.

STATE v. THOMPKINS

No. 382P89

Case below: 95 N.C.App. 225

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

STATE v. TURNER

No. 337P89

Case below: 94 N.C.App. 584

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 November 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

WATSON v. MANGUM, INC.

No. 377P89

Case below: 94 N.C.App. 782

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.